UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY HIRSCHY

    Plaintiffs,

CASE NO.: 8:11-CV-02385(SCB)(TBM)

v.

NYT MANAGEMENT SERVICES, INC.,

    Defendants.

_____

**GREGORY I. RASIN NOTICE OF COMPLIANCE WITH
NOVEMBER 15, 2011 COURT ORDER**

Gregory I. Rasin ("Counsel for Defendant") NYT Management Services, Inc., files this Notice of Compliance in accordance with the Court's November 15, 2011 Order and shows the Court as follows:

1.    On November 15, 2011, the Court entered an order granting Counsel for Defendant's Motions to Appear Pro Hac Vice (the "November 15, 2011 Order"), conditioned on Counsel for Defendant registering for CM/ECF. In this regard, the November 15, 2011 Order required Counsel for Defendant to file a Notice of Compliance to that effect by December 15, 2011.

2. Counsel for Defendant certifies that he has complied with the November 15, 2011 Order by signing up for the CM/ECF electronic filing system and entering an email address for each of their CM/ECF accounts.

Dated: December 14, 2011.

        s/ Gregory I. Rasin
        Gregory I. Rasin
        Brian J. Gershengorn
        PROSKAUER ROSE LLP
        Eleven Times Square
        New York, NY 10036-8299
        Telephone:    (212) 969-3000
        Facsimile:    (212) 969-2900
        bgershengorn@proskauer.com
        *Attorneys for Defendant*

        Allan H. Weitzman
        Florida Bar No. 0045860
        PROSKAUER ROSE LLP
        2255 Glades Road, Suite 421 Atrium
        Boca Raton, Florida 33431-7360
        Telephone:    (561) 241-7400
        Facsimile:    (561) 241-7145
        aweitzman@proskauer.com
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on December 14, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: s/ Gregory I. Rasin
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bgershengorn@proskauer.com
*Attorneys for Defendant*

## **SERVICE LIST**

Todd W. Shulby, P.A.
tshulby@shulbylaw.com
4705 S.W. 148th Avenue, Suite 102
Davie, Florida 33330-2417
Telephone:     (954) 530-2236
Facsimile:     (954) 530-6628
[via CM/ECF]